# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN MARINKOVIC,<br><br>  Plaintiff,<br><br>   v.<br><br>LIBERTY MUTUAL HOLDING,<br><br>  Defendant. | Case No. 23-cv-1084-BAS<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE** |

Plaintiff Melvin Marinkovic proceeding *pro se*, commenced this action and moved to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 4.) On June 30, 2023, the Court issued an order denying the IFP motion without prejudice. (ECF No. 5.) The Court explained that the denial was without prejudice because Plaintiff used a standard form to complete his IFP motion, but the filing was missing a key page. (*Id.*) That page requires "Plaintiff to input information that would illuminate whether he has other streams of income—such as social security benefits, pensions, or public assistance—and/or liquid assets—namely money in bank accounts or other financial institutions." (*Id.*) The Court gave Plaintiff several weeks to either pay the filing fee or submit adequate proof of his inability to do so. (*Id.*)

Plaintiff instead filed a Notice of Appeal. (ECF No. 6.) Generally, "[t]he filing of a notice of appeal 'confers jurisdiction on the court of appeals and divests the district court

of its control over those aspects of the case involved in the appeal.'" *United States v. PetroSaudi Oil Servs. (Venezuela) Ltd.*, 70 F.4th 1199, 1211 (9th Cir. 2023) (quoting *United States v. Ortega-Lopez*, 988 F.2d 70, 72 (9th Cir. 1993)).  "This general divestment rule is a 'judge-made doctrine designed to avoid the confusion and waste of time that might flow from putting the same issues before two courts at the same time.'" *Id.* (quoting *Cal. Dep't of Toxic Substances Control v. Com. Realty Projects, Inc.*, 309 F.3d 1113, 1120 (9th Cir. 2002)).

This case cannot proceed until Plaintiff's IFP status is resolved or the filing fee is paid.  Plaintiff's appeal involves those issues.  Hence, in light of the appeal, this case is **STAYED**, and the Clerk of Court shall **ADMINISTRATIVELY CLOSE** the matter.

**IT IS SO ORDERED.**

DATED:  October 5, 2023

Hon. Cynthia Bashant
United States District Judge